STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Ronald J. Fiorenza
Provosty, Sadler, DeLaunay
P. O. Box 1791
Alexandria LA 71309-1791

**REHEARING ACTION: February 4, 2009**

**Docket Number: 08   00775-CA**

**DIANE EDDEN**
**VERSUS**
**JODY ORTEGO, JR., ET AL.**

**Appealed from Avoyelles Parish Case No. 2007-0698-A**

<u>**BEFORE JUDGES**</u>**:**

>    **Hon. John D. Saunders**
>    **Hon. Billy Howard Ezell**
>    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **St. Paul Fire and Marine Insurance Company** has this day been

>    **DENIED.**

cc: Keith Michael Borne, Counsel for the Appellee
    Cory Paul Roy, Counsel for the Appellee